**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 (Facsimile)
*Attorneys for Plaintiff Baseprotect USA, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASEPROTECT USA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SWARM #06159, a joint enterprise, and JOHN DOES 1-X, such persons being presently unknown participants and members of the joint enterprise,<br><br>        Defendants. | Civ. Action No. 2:11-cv-7288(SDW)(MCA)<br><br>**NOTICE OF CROSS-MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**MOTION RETURNABLE: JUNE 18, 2012**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:   Darius A. Marzec, Esq.
      **MARZEC LAW FIRM**
      225 Broadway, Suite 3000
      New York, New York 10007

**PLEASE TAKE NOTICE** that Plaintiff **BASEPROTECT USA, INC.** will move before this Court on **June 18, 2012** at **9:00 A.M.**, or as soon thereafter as counsel may be heard, for an Order granting a Preliminary Injunction to enjoin and restrain Defendant Swarm #06159[1] and Doe Defendant identified by IP address 24.13.138.223 from the continuing unlawful distribution of the copyrighted movie *Weekend* on the Internet and, further, from destroying evidence of previous unlawful distribution of the work that is discoverable later in the litigation.

---

[1] For ease of reference in this application, the hash number used to identify the Swarm has been truncated to its first five characters. The full has number is 06159132D21BBC88ED40B6E51278879F2725243F. See Exhibit A to Complaint.

**TAKE FURTHER NOTICE** that in support thereof Baseprotect shall rely on the within Declaration of David Farris and Memorandum of Law.

**TAKE FURTHER NOTICE** that oral argument is requested.

DATED:  June 4, 2012                              THE MCDANIEL LAW FIRM, PC

By:  _____
Jay R. McDaniel, Esq.
*Attorneys for Plaintiff*
*Baseprotect USA, Inc.*